UNITED STATES DISTRICT COURT
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MICHELLE MELLEMA, | ) | 3:08-CV-260-BES (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 28, 2008 |
| | ) | |
| GREGORY MEISTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Default Judgment (Doc. #16). Defendant Meister has opposed the Motion (Doc. #18).

Defendant Meister filed his Answer to Plaintiff's Complaint on October 8, 2008 (Doc. #14) and therefore Plaintiff's Request for Default Judgment is improper.

Plaintiff's Motion for Default Judgment (Doc. #16) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:  /s/
Deputy Clerk