# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MELLEMA, ) | 3:08-CV-260-BES (RAM) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | January 14, 2009 |
| ) | |
| GREGORY MEISTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    JENNIFER COTTER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Discovery and Scheduling (Doc. #28). There has been no opposition.

Plaintiff's Motion for Discovery and Scheduling (Doc. #28) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
         Deputy Clerk